**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VINCENT CAREY** ) | |
| ) | |
| ) | **Civil Action No. 10-5023** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **STANDLEY AND ASSOCIATES, LLC** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## REQUEST TO ENTER DEFAULT

TO THE CLERK OF COURT:

Kindly enter a default against Defendant Standley and Associates, LLC for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and docket the accompanying Entry for Default.

**Respectfully submitted,**

**FRANCIS & MAILMAN, P.C.**

BY:  */s/ Gregory Gorski*
GREGORY GORSKI
Attorneys for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Date: February 7, 2011

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **VINCENT CAREY** | ) |
| | ) |
| | )   **Civil Action No. 10-5023** |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **STANDLEY AND ASSOCIATES, LLC** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## ENTRY OF DEFAULT

AND NOW, on this 7th day of February 2011, entry of default is hereby entered and docketed against Defendant Standley and Associates, LLC for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

BY: _____
     CLERK OF COURT